**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| C.R.M., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-1434 (RDA/TCB) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

THIS MATTER is before the Court on *pro se* Plaintiff's letter motion to seal the case (Dkt. 2). This case involves the death of Plaintiff's minor children. She has requested that the entire docket be sealed "due to the inclusion of identifying information of [her] three . . . minor children in case filings[s] and supporting documentation." (Dkt. 2.) Upon consideration of Plaintiff's Motion, it is hereby

**ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1)    In future filings, Plaintiff may use her initials and her deceased minor children's initials instead of full legal names.

(2)    Plaintiff shall **REFILE** the Complaint using only her initials and her deceased minor children's initials. Plaintiff shall not attach exhibits to the refiled Complaint.

(3)    The Clerk shall **SEAL** docket number 1 and the attached exhibits (Plaintiff's Complaint).

(4)    The Clerk shall **UNSEAL** the docket.[1]

(5)    The Clerk shall replace Plaintiff's full name with the initials "C.R.M." on CM/ECF.


ENTERED this 21st day of November, 2019.


/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia

---

[1] This Order does not prohibit Plaintiff from filing specific documents under temporary seal and contemporaneously filing a motion to seal pursuant to Local Civil Rule 5 for the Court's consideration.